THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERBERT D. LEWIS, Appellant, v. ROBERT L. FOWLER, as Surrogate of the County of New York, Respondent.

Reported below, 189 App. Div. 335.

(Submitted February 23, 1920; decided March 2, 1920.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 7, 1919, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus.

The motion was made upon the ground that the question involved had become academic.

*George L. Ingraham* for motion.

*Walter J. Rosston* opposed.

Motion denied, without costs.